IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.: 0:96-178-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LEROY PORTER | ) | |
| | ) | |

This matter is before the court upon defendant's motion for an extension of time to file informal briefs and for free copies (ECF No. 49).

The record reflects that the defendant was sentenced in this district in 1996. He filed an unsuccessful direct appeal of his conviction. At this juncture, there are no pending matters before this court to warrant it provide copies of the defendant's pleadings and transcripts in his criminal case to the defendant.

The defendant refers to "informal briefs" but he does not specifically state what relief he seeks. If the defendant presents certain issues to the court in the form of a post-judgment motion for relief from judgment, the court will, at such time, determine which documents are needed and the court may, in its discretion, direct that free copies be provided to the defendant. *See* 28 U.S.C.A. § 753(f) (West 2008); *United States v. Shoaf,* 341 F.2d 832, 833–34 (4th Cir. 1964) (indigent defendant must show some need for transcript beyond his mere desire to comb the record in hope of discovering errors to raise in habeas).

Alternatively, if the defendant wishes to purchase copies, he may write the Clerk of Court at 901 Richland Street, Columbia, South Carolina 29201, who will then advise him of the cost of the copies which must be paid up-front and in full to the Clerk. For documents

1

not available on the public docket, if the defendant seeks a copy of his presentence report, he must write the United States Probation Office and request a copy from that office. If the defendant seeks a copy of the transcripts of his criminal proceedings, he must contact the court reporter directly and arrange for copies through the court reporter. A copy of the defendant's docket sheet is attached for reference. In addition, the Clerk is directed to forward a copy of this order and the defendant's motion to his former counsel for information purposes only.

Accordingly, the defendant's motion to extend time and for copies (ECF No. 49) is denied.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

Joseph F. Anderson, Jr.
United States District Judge

December 11, 2012
Columbia, South Carolina